535 S.E.2d 33 (2000)
352 N.C. 668
Lionel LEWIS, Employee,
v.
CRAVEN REGIONAL MEDICAL CENTER, Employer, Virginia Insurance Reciprocal, Carrier.
No. 462PA99.
Supreme Court of North Carolina.
October 6, 2000.
The Law Offices of George W. Lennon, by George W. Lennon and Michael W. Ballance, Raleigh, for plaintiff-appellant.
Sumrell, Sugg, Carmichael, Hicks & Hart, P.A., by James R. Sugg, Scott C. Hart, and Jill Quattlebaum Byrum, New Bern, for defendant-appellees.
PER CURIAM.
AFFIRMED.